IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>RFR CAPITAL, LLC,<br><br>DEFENDANT. | CASE NO. 2:24-CV-02636<br><br>JUDGE JOSHUA D. WOLSON<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance as counsel on behalf of Defendant, RFR Capital, LLC, in the above-captioned matter.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

*/s/ Michael J. Joyce*
Michael J. Joyce, Esquire
I.D. No. 328837
One Penn Center
1617 John F. Kennedy Blvd., Suite 1010
Philadelphia, PA  19102
mjoyce@moodklaw.com
215-564-6688
Counsel for Defendant RFR Capital, LLC

Date: July 15, 2024

{M1029349.1}

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>      PLAINTIFF,<br><br>vs.<br><br>RFR CAPITAL, LLC,<br><br>      DEFENDANT. | CASE NO. 2:24-CV-02636<br><br>JUDGE JOSHUA D. WOLSON<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

This is to certify that on this 15th day of July, the foregoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

                */s/ Michael J. Joyce*
                Michael J. Joyce, Esquire
                (Atty I.D. #328837)
                Marks, O'Neill, O'Brien,
                Doherty & Kelly, P.C.
                1617 John F. Kennedy Blvd.
                Suite 1010
                Philadelphia, PA 19103
                mjoyce@moodklaw.com
                (215) 564-6688
                Counsel for Defendant RFR Capital, LLC