**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|            |   :   |                        |
|------------|-------|------------------------|
|            |   :   |                        |
| V.         |   :   | Civil Action           |
|            |   :   | No: _____  |
|            |   :   |                        |

DISCLOSURE STATEMENT FORM

Please check one box:

❏ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_____    /s/ Michael J. Joyce, Esquire
Date                         Signature

Counsel for: _____

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
    (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
    (2)  states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
    (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
    (2)  promptly file a supplemental statement if any required information changes.