IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>RFR CAPITAL, LLC,<br><br>DEFENDANT. | CASE NO. 2:24-CV-02635<br><br>JUDGE JOSHUA D. WOLSON<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION FOR EXTENSION OF TIME

Plaintiff Leon Weingrad ("Plaintiff"), and Defendant RFR Capital, LLC, by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

1. Defendant, RFR Capital, LLC will file a response to Plaintiff's Complaint on or before August 8, 2024. This request for an extension does not exceed 30 days from the date the response was due.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esquire
Attorney for Plaintiff

/s/ Michael J; Joyce
Michael J. Joyce, Esquire
Attorney for Defendant

{M1029353.1}

**APPROVED and ORDERED** this _____ day of _____, 2024.

_____
JUDGE JOSHUA D. WOLSON

## CERTIFICATE OF SERVICE

This is to certify that on this 15th day of July, 2024, the foregoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

/s/ *Michael J. Joyce*
Michael J. Joyce Esquire
Pa. ID #328837

Counsel for Defendant
RFR Capital, LLC

{M1029353.1}