IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>RFR CAPITAL, LLC,<br><br>DEFENDANT. | CASE NO. 2:24-CV-02636<br><br>JUDGE JOSHUA D. WOLSON<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION FOR EXTENSION OF TIME

Plaintiff Leon Weingrad ("Plaintiff"), and Defendant RFR Capital, LLC, by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the following:

1. Defendant, RFR Capital, LLC will file a response to Plaintiff's Complaint on or before August 8, 2024. This request for an extension does not exceed 30 days from the date the response was due.


____/s/ Andrew Roman Perrong____   /s/ Michael J; Joyce_____
Andrew Roman Perrong, Esquire       Michael J. Joyce, Esquire
Attorney for Plaintiff              Attorney for Defendant

{M1029353.1}

**APPROVED and ORDERED** this <u>16th</u> day of <u>July</u>, 2024.

<u>/s/ Joshua D. Wolson</u>
JUDGE JOSHUA D. WOLSON