IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>RFR CAPITAL, LLC,<br><br>DEFENDANT. | CASE NO. 2:24-CV-02636<br><br>JUDGE JOSHUA D. WOLSON<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance as counsel on behalf of Defendant, RFR Capital, LLC, in the above-captioned matter.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**


*/s/ Daniel R. Bentz*
Daniel R. Bentz, Esquire
I.D. No. 200772
One Gateway Center
420 Fort Duquesne Blvd, Suite 575
Pittsburgh, Pa 15222
dbentz@moodklaw.com
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
Counsel for Defendant RFR Capital, LLC

Date: July 17, 2024

{M1032047.1}

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>RFR CAPITAL, LLC,<br><br>DEFENDANT. | CASE NO. 2:24-CV-02636<br><br>JUDGE JOSHUA D. WOLSON<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of July, the foregoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Daniel R. Bentz*
Daniel R. Bentz, Esquire
I.D. No. 200772
One Gateway Center
420 Fort Duquesne Blvd, Suite 575
Pittsburgh, Pa 15222
dbentz@moodklaw.com
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
Counsel for Defendant RFR Capital, LLC

{M1032047.1}