IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>RFR CAPITAL, LLC,<br><br>DEFENDANT. | CASE NO. 2:24-CV-02636<br><br>JUDGE JOSHUA D. WOLSON<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance as counsel on behalf of Defendant, RFR Capital, LLC, in the above-captioned matter.

         Respectfully submitted,

         **MARKS, O'NEILL, O'BRIEN,**
         **DOHERTY & KELLY, P.C.**

         */s/ Joseph E. Palmquist*
         Joseph E. Palmquist, Esquire
         I.D. No. 333693
         One Gateway Center
         420 Fort Duquesne Blvd, Suite 575
         Pittsburgh, Pa 15222
         jpalmquist@moodklaw.com
         412-391-6171
         Counsel for Defendant RFR Capital, LLC

Date: July 23, 2024

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>vs.<br><br>RFR CAPITAL, LLC,<br><br>DEFENDANT. | CASE NO. 2:24-CV-02636<br><br>JUDGE JOSHUA D. WOLSON<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of July, the foregoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Joseph E. Palmquist*
Joseph E. Palmquist, Esquire
I.D. No. 333693
One Gateway Center
420 Fort Duquesne Blvd, Suite 575
Pittsburgh, Pa 15222
jpalmquist@moodklaw.com
412-391-6171
Counsel for Defendant RFR Capital, LLC

{M1039175.1}