IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>RFR CAPITAL LLC,<br><br>　　　　　*Defendant*. | Case No. 2:24-cv-02636-JDW |

**ORDER**

AND NOW, this 9th day of August, 2024, upon review of Defendant RFR Capital LLC's Answer To Plaintiff's Complaint (ECF No. 9), I note as follows.

1.　Federal Rule of Civil Procedure 11(b) requires counsel to have a good faith belief for any assertion of fact or legal contention in any submission to the Court;

2.　This rule applies to the assertion of affirmative defenses, *see Ruth v. Unifund CCR Partners*, 604 F.3d 908, 911 (6th Cir. 2010); *Greenspan v. Platinum Healthcare Group, LLC*, Case No. 2:20-cv-5874-JDW, 2021 WL 978899, at * 2 (E.D. Pa. Mar. 16, 2021), meaning that parties may not assert affirmative defenses just to preserve them;

3.　RFR Capital has asserted ten affirmative defenses, at least two of which appear to lack a good faith basis: the Second, Fifth, and Ninth Defenses.

Therefore, it is **ORDERED** that, on or before August 14, 2024, RFR Capital shall either (a) file an Amended Answer, asserting only affirmative defenses for which it has a

good faith basis to do so, or (b) show cause, in a Memorandum not to exceed 10 pages, why the Court should not strike all of the asserted affirmative defenses, pursuant to Fed. R. Civ. P. 11(c)(3).

                                      **BY THE COURT:**

                                      */s/ Joshua D. Wolson*
                                      JOSHUA D. WOLSON, J.