IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,**<br><br>*Plaintiff,*<br><br>v.<br><br>**RFR CAPITAL LLC,**<br><br>*Defendant.* | **Case No. 2:24-cv-02636-JDW** |

## ORDER

**AND NOW**, this 9th day of August, 2024, it is **ORDERED** as follows:

1. This matter is **REFERRED** to **ARBITRATION**, and the Arbitration Clerk is directed to schedule the referenced action for an arbitration hearing;

2. The Parties may continue to take discovery until the Arbitration Hearing;

3. To the extent any Party intends to offer expert testimony as part of its case in chief, the Party must make the disclosures that Federal Rule of Civil Procedure 26(a)(2) requires no less than 8 weeks (56 days) prior to the Arbitration Hearing;

4. To the extent any Party intends to offer rebuttal expert testimony, the Party must make the disclosures that Rule 26(a)(2) requires at least 4 weeks (28 days) prior to the Arbitration Hearing;

5. Counsel for all Parties shall refer to my Policies and Procedures regarding all matters of discovery and correspondence with the Court.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.