IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of others similarly situated | : CIVIL ACTION NO. 24-2636 |
| v. | : CONSENT TO or DECLINATION OF CONSENT TO ARBITRATION TRIAL PROCEEDING BY VIDEOCONFERENCE |
| RFR Capital, LLC | |

In accordance with Local Civil Rule 53.2, subsection 5A, requiring arbitration trials to take place in the United States Courthouse, unless all parties have consented to proceed by videoconference, the parties to the above-captioned matter hereby:

☐ Voluntarily consent to have the arbitration trial proceed by videoconference, in accordance with the procedures set forth in the Standing Procedural Order for Arbitration Trials Conducted by Videoconference,

**OR**

☑ Acknowledge the option to proceed with the arbitration trial by videoconference but decline to consent. By declining to consent, the parties understand that the arbitration trial will take place in the United States Courthouse in a room assigned by the arbitration clerk

## Leon Weingrad
Party Represented

/s/ Andrew Roman Perrong
Attorney/Pro Se Litigant Signature

08/24/2024
Date Signed

_____
Party Represented

_____
Attorney/Pro Se Litigant Signature

_____
Date Signed

\* Electronic signatures are accepted.  Attach a second page for additional signatures as needed.

Counsel must electronically file the completed form on CM/ECF using the ADR Documents category. Unrepresented parties who were unable to file the completed form on CM/ECF may use the Court's Electronic Document Submission service, which is available with instructions at
https://www.paed.uscourts.gov/pro-se-eds or they may mail the form or bring it in person to the Clerk's Office for filing.
Parties must file this form if declining to proceed by videoconference.

Rev. 5/2023