IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, *individually and on behalf of all others similarly situated* | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 24-2636 |
| | : | |
| RFR CAPITAL, LLC | | |
| Defendant. | : | |

## **NOTICE OF ARBITRATION HEARING**

Take notice that the above-captioned case has been scheduled for Arbitration in the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 on December 10, 2024, at 9:30 a.m. in Courtroom 5D, 5th floor.

Trials may be rescheduled to an earlier date if counsel notifies the arbitration clerk by letter, submitted via e-mail to paed_arbitration@paed.uscourts.gov, within thirty (30) days of receipt of this notice. Requests made more than thirty (30) days after the date of this Notice, or requests for dates after the date set forth in this Notice, must be filed electronically on CM/ECF for consideration by the assigned judge.

Discovery must be completed within ninety (90) days of the date the answer was filed, unless otherwise ordered by the assigned judge.

The assigned arbitrators will determine the order in which cases will proceed. In the event of settlement, counsel shall notify chambers immediately and notify the arbitration clerk via email at paed_arbitration@paed.uscourts.gov. If an arbitration panel has been assigned to the case, the arbitration clerk shall notify all members of the arbitration panel.

Failure to advise the Court of a settlement may result in sanctions requiring the parties to compensate the arbitrators for their service.

                                                    George V. Wylesol
                                                    Clerk of Court

                                                    By: */s/ Ronald Vance*
                                                    Arbitration Clerk
                                                    Phone: 267-299-7429

Date: August 26, 2024

        **NOTE:  Arbitrators shall not participate in settlement discussions.**

(Revised 5/23)