# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,**<br><br>*Plaintiff,*<br><br>v.<br><br>**RFR CAPITAL LLC,**<br><br>*Defendant.* | **Case No. 2:24-cv-02636-JDW** |

## ORDER

AND NOW, this 22nd day of October, 2024, upon consideration of the parties' joint letter requesting a continuance of the arbitration hearing, it is **ORDERED** as follows:

1. The Arbitration Hearing scheduled for December 10, 2024, at 9:30 a.m. is **CANCELED;**

2. The Arbitration Clerk shall **RESCHEDULE** this matter for an Arbitration Hearing as soon as possible for a date on or after February 18, 2025; and

3. The Parties may continue to take discovery until the arbitration hearing.

**The Court will not grant any further continuances for this deadline.**

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.