## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing DEFENDANT RFR CAPITAL LLC'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY on counsel for the Plaintiff on December 6, 2024, via email to:

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*/s/ Daniel R. Bentz*
Daniel R. Bentz
I.D. No. 200772
One Gateway Center
420 Fort Duquesne Blvd, Suite 575
Pittsburgh, Pa 15222
dbentz@moodklaw.com
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
Counsel for Defendant RFR Capital, LLC