IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON WEINGRAD, *individually and on behalf of all others similarly situated* | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 24-2636 |
| | : | |
| RFR CAPITAL, LLC | : | |
| Defendant. | : | |

## ORDER REFERRING CASE TO ARBITRATION

AND NOW, this 6th day of January 2025, it is hereby **ORDERED**, pursuant to Local Civil Rule 53.2, Section 4(a), that the above civil action is herewith referred to arbitration. The following certified arbitrators have been randomly selected to hear this case:

Chairperson: Joseph P. Murphy, Esq.
Arbitrator: Timothy A. Kulp, Esq.
Arbitrator: James f. Zaccaria, Esq.

The Arbitration hearing will be held in the United States District Court, 601 Market Street, Courtroom 5D, 5th floor, Philadelphia, Pennsylvania 19106 at 9:30 a.m. on February 19, 2025. A notice of hearing has been emailed to counsel of record and the arbitrators. Trials may be rescheduled to an earlier date if counsel notifies the arbitration clerk by letter, submitted via e-mail to paed_arbitration@paed.uscourts.gov, within thirty (30) days of receipt of this notice. Requests made more than thirty (30) days after the date of this Notice, or requests for dates after the date set forth in this Notice, must be filed electronically on CM/ECF for consideration by the court.

It is **FURTHER ORDERED** that all documentary evidence, excluding impeaching documents, shall be marked, and exchanged in advance. The above designated Chairman shall file the arbitration award with the Clerk of Court after the hearing is concluded.

Counsel shall immediately notify the Court and the arbitration clerk of any settlement or other final disposition of this case. Failure to do so may result in discipline by the Court pursuant to Local Civil Rule 83.6.1.

BY THE COURT:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge