# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>RFR CAPITAL LLC<br><br>Defendant. | Case No.<br><br>**2:24-CV-02636** |

## STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE

The parties hereby stipulate to dismiss these proceedings without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims of the putative class are dismissed without prejudice. Each party shall bear their own costs.

Dated: January 6, 2025                Respectfully submitted,

By: */s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff*

By: */s/ David J. Kaminski*

David J. Kaminski, Esq.
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, CA  90045
310-242-2200
kaminskid@cmtlaw.com

1

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 6th day of January, 2025.

By: */s/ Andrew Roman Perrong*